IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUL -2 AM 10: 58
CLERK_____
SO. DIST. OF GA.

UNITED STATES OF AMERICA,  )
                           )
v.                         )      Case No.  CR418-151
                           )
RYAN SMILEY,               )
            Defendant.     )

James B. Smith counsel of record for defendant Ryan Smiley in the above-styled case has moved for leave of absence.  The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent the case from going forward; all discovery shall proceed, status conferences, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

SO ORDERED this 2ⁿᵈ day of ~~June~~ July 2018.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA